JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD REED, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation; DOES I through V, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-00247-APG-PAL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their respective counsel participated in a private mediation on January 26, 2015 after which the parties were able to agree upon a settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between KEITH E. GALLIHER, JR., ESQ. of THE GALLIHER LAW FIRM, Attorneys for Plaintiff HOWARD REED, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CLAC 2860268.1

FOOD & DRUG CENTERS, INC., that all claims herein of Plaintiff HOWARD REED against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 4TH day of February, 2015.

| THE GALLIHER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Keith E. Galliher, Jr.<br>KEITH E. GALLIHER, JR., ESQ.<br>Nevada Bar No. 00220<br>1850 East Sahara Avenue - #107<br>Las Vegas, NV 89104<br>(702) 735-0049<br>Attorney for Plaintiff<br>HOWARD REED | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: March 5, 2015

2

CLAC 2860268.1